1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  S. EMANUEL LIN,                          | Case No.: ED CV 19-966-DMG (SPx)

12              Plaintiff,                    | **JUDGMENT OF DISMISSAL AS
                                                TO DEFENDANTS CITY OF**
13              v.                            | **PERRIS, WRSP, LLC AND
                                                MATTHEW JOHNSON [56]**
14
    CITY OF PERRIS; MATTHEW
15  JOHNSON, WRSP, LLC; WSRP, LLC;
    and DOES 1-10, inclusive,

16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

                            1

1    WHEREAS, on April 17, 2020, the Court granted Defendants CITY OF

2  PERRIS, MATTHEW JOHNSON, and WRSP, LLC's Motion to Dismiss Plaintiff's

3  First Amended Complaint;

4    WHEREAS, the Court's April 17, 2020 order required Plaintiff to file a Second

5  Amended Complaint within 21 days of the Order;

6    WHEREAS, more than 21 days have passed since the April 17, 2020 Order and

7  Plaintiff did not file a Second Amended Complaint;

8    AND WHEREAS, the Court has issued an Order dated June 1, 2020 dismissing

9  with prejudice the above-captioned action against Defendants CITY OF PERRIS,

10 MATTHEW JOHNSON, and WRSP, LLC;

11    IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Judgment

12 is entered in favor of Defendants CITY OF PERRIS, MATTHEW JOHNSON, and

13 WRSP, LLC and against Plaintiff.

14

15 DATED:  June 2, 2020

16                                        DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

2